TUCKER *et al. v.* WIMPEY *et al.*

HILL, J.   This is the third appearance of this case in this court (*Tucker* v. *Wimpey,* 155 *Ga.* 118, 116 S. E. 315; *Tucker* v. *Wimpey,* 158 *Ga.* 820, 124 S. E. 692) ; but on the last trial the evidence was different from what it was on the other trials, and required the verdict for .the defendants, directed by the court.

*Judgment affirmed.   All the Justices concur, except Russell, C. J., dissenting.*

RUSSELL, C. J., dissenting.   In my opinion it was error to direct a verdict.   The law of this case was fixed in its previous appearance in the 158 *Ga.* 820.   As pointed out at that time by the court, the infirmity of the defendants' case is in the writing which they urged as color. This infirmity can not be cured by oral testimony.

No. 5158.   MAY 13, 1926.

Complaint for land.   Before Judge Mathews.   Houston superior court.    October 5, 1925.

*Hall, Grice & Bloch* and *M. Kunz,* for plaintiffs.

*Duncan & Nunn* and *Ryals & Anderson,* for defendants.